IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| ESTHER R. SHIPP | § | |
| --- | --- | --- |
| v. | § | CIVIL ACTION NO. 6:11cv105 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |
| | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains his findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that the action be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) for the ALJ to conduct further proceedings at Steps Four and Five, including conducting a new administrative hearing if necessary to obtain testimony from a vocational expert based on an appropriate set of hypothetical questions. No written objections have been filed. The findings and conclusions of the Magistrate Judge are therefore adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that the complaint is hereby **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings as discussed herein. It is further

**ORDERED** that any motion not previously ruled on is **DENIED**.

**SIGNED this 29th day of June, 2012.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE